FILED

NOV 23 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ARTHUR DUANE JACKSON,

Plaintiff - Appellant,

v.

J. P. GONZALEZ, Associate Warden; et al.,

Defendants - Appellees.

No. 09-56157

D.C. No. 3:05-cv-00513-L-NLS

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, District Judge, Presiding

Submitted November 16, 2010 [**]

Before:    TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Arthur Duane Jackson, a California state prisoner, appeals pro se from the

district court's summary judgment dismissing his 42 U.S.C. § 1983 action alleging

denial of access to courts.  We have jurisdiction under 28 U.S.C. § 1291.  We may

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm on any grounds supported by the record. *Atel Fin. Corp. v. Quaker Coal Co.*, 321 F.3d 924, 926 (9th Cir. 2003) (per curiam). We review de novo, *Midwaters Trawlers Coop. v. Dep't of Commerce*, 393 F.3d 994, 1002 (9th Cir. 2004), and we affirm.

The only issue open on remand was whether Jackson was unable to bring a claim in state court because defendants allegedly denied him access to some of his legal materials. Jackson has not raised this issue on appeal, and thus it is waived. *See McKay v. Ingleson*, 558 F.3d 888, 981 n.5 (2009).

Jackson's remaining contentions are unpersuasive.

**AFFIRMED.**